STATE of Missouri, Respondent,

v.

Daniel ESPARZA, Appellant.

WD 76622

Missouri Court of Appeals,
Western District.

Order Filed: October 21, 2014

Evan Joseph Buchheim, Jefferson City, MO, Attorney for Respondent.

Margaret Mueller Johnston, Colombia, MO, Attorney for Appellant

Before Division Two: Victor C. Howard P.J., James E. Welsh, Anthony Rex Gabbert JJ.

### ORDER

Per Curiam:

Daniel Esparza appeals the circuit court's judgment convicting him of driving while intoxicated. We affirm. Rule 30.25(b).